IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. _____ |
| WIEBKE FUR AND TRADING CO., | 16 U.S.C. § 3372(a)(2)(B)<br>16 U.S.C. §3373(d)(2) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

From on or about September 30, 2009, to on or about October 14, 2011, in the Western District of Wisconsin and elsewhere, defendant,

WIEBKE FUR AND TRADING CO.,

knowingly acquired, purchased, and transported, in interstate commerce, plants, specifically, fresh American ginseng that was taken, possessed, and sold in violation of Wisconsin Statute Section 29.611(6)(a).

(In violation of Title 16, United States Code, Sections 3372(a)(2)(B) and 3373(d)(2)).

_7/1/2013_
Date

_JOHN W. VAUDREUIL_
JOHN W. VAUDREUIL
United States Attorney